IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD, #229597, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:10-cv-208-TMH |
| ) | WO |
| CHERYL PRICE, *et al.,* ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #21) to the Recommendation of the Magistrate Judge filed on March 21, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #18) filed on February 16, 2012 is adopted;

3. The petition for habeas corpus relief filed by Williford is DENIED and this case is DISMISSED with prejudice.

DONE this the 4th day of April, 2012.

                                              /s/ Truman M. Hobbs
                                SENIOR UNITED STATES DISTRICT JUDGE